IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ARMANDO TINOCO, *et al.*,

    Plaintiffs,

v.                                          2:23-CV-066-Z-BR

QUEST DRILLING COMPANY, LLC,

    Defendant.

## NOTICE

Before the Court is parties' Stipulation for Dismissal Without Prejudice (ECF No. 17), filed on June 14, 2023. The filing is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1. (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

    The Court issues notice accordingly.

June 16, 2023

                                                          MATTHEW J. KACSMARYK
                                                          UNITED STATES DISTRICT JUDGE